O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE PARKER HUGHES,**<br>Petitioner,<br>v.<br>**BRYAN D. PHILLIPS, Warden,**<br>Respondent. | NO. EDCV 23-01474 DDP (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody filed under 28 U.S.C. § 2254, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that judgment shall be entered dismissing this action with prejudice as untimely.

DATED: May 22, 2025

_____
DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE