JS-6

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | | |
|---|---|---|
| **LAWRENCE PARKER HUGHES,** | ) | **NO. EDCV 23-01474 DDP (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **BRYAN D. PHILLIPS, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

18
19
20

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

21
22
23

DATED: May 22, 2025

24
25

DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE

26
27
28